IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR403 |
| | ) | |
| v. | ) | |
| | ) | |
| REYNAUD TATE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to seal (Filing No. 44). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. Its motion shall be filed under seal pending further order of the Court.

DATED this 26th day of March, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court